**IN THE UNITED STATES DISTRICT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TANDRA PRICE, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. CIV-17-716-R |
| MUSCULAR DYSTROPHY ASSOCIATION, INC., | ) |
|         Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 27th DAY OF DECEMBER, 2017.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Adam W. Childers |
| Mark Hammons, OBA #3748 | *(Signed by filing counsel with permission)* |
| Amber L. Hurst OBA #21231 | Adam W. Childers, OBA #18673 |
| HAMMONS GOWENS HURST & ASSOCIATES | Melissa R. McDuffey, OBA #32463 |
| | CROWE & DUNLEVY |
| 325 Dean A. McGee Ave. | A Professional Corporation |
| Oklahoma City, OK 73102 | Braniff Building |
| (405) 235-6100 | 324 N. Robinson Ave., Suite 100 |
| (405) 235-6111 (Facsimile) | Oklahoma City, OK 73102-8273 |
| amber@hammonslaw.com | (405) 235-7700 |
| *Attorneys for Plaintiff* | (405) 239-6651 (Facsimile) |
| | adam.childers@crowedunlevy.com |
| | melissa.mcduffey@crowedunlevy.com |
| | *Attorneys for Defendant* |